UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                          CASE NO. 3:21-CV-30010-001

THOMAS C. TIDWELL                                                                                           DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 23) entered in this case by Chief U.S. Magistrate Judge Mark E. Ford and accepts Defendant's plea of guilty to Count 1 of the indictment. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this December 10, 2021.

*/s/ P. K. Holmes III*
P.K. HOLMES III
U.S. DISTRICT JUDGE